IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40463
Conference Calendar
_____

MILTON CHARLES SMITH,

Plaintiff-Appellant,

versus

PHIL GOODWIN, Jail Administrator,
Cherokee County Jail;
KELVIN WALKER, Officer,
Cherokee County Jail,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CV-889
- - - - - - - - - -
October 23, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Milton Charles Smith, Texas prisoner # 618722, appeals the
dismissal as frivolous of his civil rights complaint pursuant to
28 U.S.C. § 1915(d), the relevant portion of which has been
redesignated as § 1915(e)(2)(B)(i) by § 804 of the Prison
Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321

_____

        [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

(1996).  Smith argues generally that the dismissal of his denial-of-medical-care claim was in error.  We have reviewed the record and Smith's brief and AFFIRM the dismissal for essentially the same reasons set forth by the magistrate judge.  <u>Smith v. Goodwin et al.</u>, No. 6:95cv889 (E.D. Tex. May 6, 1996).  AFFIRMED.